PARAGON REALTY CORPORATION, Appellant, *v.* ZACHARY SAGAL, Respondent.

Supreme Court, Appellate Term, First Department, December 12, 1946.

*Murray Kaplan* and *Samuel Ruderman* for appellant.

*William Cohen* for respondent.

*Per Curiam.* The statement was not filed within the time provided by section 543 of the Civil Practice Act. The case of *Yorysch* v. *Wallach* (168 Misc. 257) must be confined to its facts as to the place of filing the statement.

The order should be affirmed, with $10 costs.

HAMMER, SHIENTAG and HECHT, JJ., concur.

Order affirmed.